IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR257-1-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| TREMAYNE KENDRICK BLACKWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Court's Order, filed on June 25, 2015[1], ordering this matter for resentencing.

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of TREMAYNE KENDRICK BLACKWELL (USM# 20662-058), for re-sentencing on November 30, 2015, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than November 16, 2015, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 14, 2015

Richard L. Voorhees
United States District Judge

---

[1] The Court granted the Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. The Court agrees that in light of United States v. Simmons, 649 F.3d 237 (4th Cir. 2011), Petitioner does not qualify for a mandatory term of life imprisonment because he has only one predicate conviction and he is therefore entitled to collateral relief from his sentence.