# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO. 5:05-CR-00257-RLV-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **TREMAYNE KENDRICK BLACKWELL** ) | |
| ) | |

Defendant asks by way of letter motion (Doc. 178 and Doc. 183) for a recommendation to the Bureau of Prisons that he be granted a one year span of pre-release custody by way of placement in a residential reentry center (RRC) or designation to a status of one year home detention prior to his release, apparently now scheduled for January 29, 2019. In addition, the Defendant filed a Motion for transcripts (Doc. 139) and a Motion requesting a copy his case file (Doc. 143).

It appearing to the Court that Defendant is currently housed in Petersburg Low FCI, is within the period of one year prior to his scheduled release, and has maintained a clear institutional conduct record, the Court, recognizing Defendant's request may by now be moot because of time lapse or intervening circumstances, nevertheless hereby **GRANTS** the request and makes the requested recommendation. Furthermore, the Court considers the motions for transcripts and a copy of Defendant's case and deem them moot. Therefore, the Defendant's Motions for transcripts and a copy of his case file are **DISMISSED**.

Signed: May 10, 2018

Richard L. Voorhees
United States District Judge